| | |
|---|---|
| 1 | JACQUE OLIPHANT |
|   | 5758 Las Virgenes RD1) |
| 2 | Suite #271 Calabasas CA |
|   | 91302 (310) 435-6356 |
| 3 | Plaintiff in Pro Per |

```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                           11/26/2024

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY:    M.B.      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUE OLIPHANT, | Case No. 2:24-cv-04820-SB (JDE) |
|   | (To be supplied by the Clerk) |
| Plaintiff, | **DISMISSAL** |
|   | **CIVIL RIGHTS COMPLAINT PURSUANT TO** |
| vs. | **42 U.S.C. § 1983 (NON-PRISONERS)** |
| --- | |
|   | **Jury Trial Demanded:   Yes    No** |
| JUDGE ERIC P. HARMON, et al., | |
| Dr. Adolfo Gonzales | |
| County of Los Angeles | |
| L.A. County Probation Dept. | |
| **Defendant(s).** | |

I, Jacque Oliphant, the plaintiff in the above-captioned case, respectfully submit this Motion to Dismiss Without Prejudice against the County of Los Angeles and the Head of Probation, Dr. Gonzales and all other defendants. I request that the Court dismiss my claim without prejudice at this time.

I believe that it is in the best interest of justice to dismiss my claim at this time as I am currently without appropriate legal counsel to assist me in pursuing this matter. I intend to re-file this claim at a later date when I have secured the representation of counsel who can adequately represent my interests.

In light of the foregoing, I respectfully request that the Court grant this motion to dismiss my claim against the County of Los Angeles and Dr. Gonzales without prejudice. I assure the Court that I fully intend to pursue this matter further once I have secured appropriate legal counsel.

Thank you for your attention to this matter. Please do not hesitate to contact me if the Court requires any further information or clarification.

Respectfully submitted,

Jacque Oliphant

Pro Se Clinic Form